# IN THE UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF OMAHA

| | | |
|---|---|---|
| DENNIS EBORKA | ) | 8:24cv52 |
| Plaintiff, | ) | |
| | ) | |
| V | ) | Case. No. CL23-3205 |
| | ) | |
| UNIVERSITY OF | ) | |
| NEBRASKA-LINCOLN | ) | |
| Defendant, | ) | |

## NOTICE OF REMOVAL OF PENDING STATE COURT ACTION

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OMAHA:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S. Code § 1332 (a) (1), and (C) (1) Plaintiff, Dennis Eborka, hereby remove to this Court the state-court action described below against defendant University of Nebraska-Lincoln

## THE REMOVED CASE

1. The removed case is a civil action filed on September 15th, 2023 in the District court of Lancaster County, the State of Nebraska, styled Dennis Eborka v. University of Nebraska-Lincoln, Case No. CL23-3205 (the "Removed Case"), which is incorporated herein, as if set forth in full.

## GROUNDS FOR REMOVAL

2. This action is removable pursuant to 28 U.S.C. §§ 1441(b) (2) and 1331, because Plaintiff alleges a cause of action arising under the Constitution and laws of the United States. Compl. ¶ 4 ("pursuant to 42 U.S.C. § 1983, Plaintiff seeks to redress the deprivation of rights, privileges or immunities secured by the Constitution and the laws of the United States

## FILING OF REMOVAL PAPERS

WHEREFORE, Plaintiff hereby remove the above captioned action from the Lancaster district court and, request that further proceedings be conducted in this Court as provided by law.

Respectfully submitted,

Dennis Eborka

620 E 2nd St

Flint, MI 48503

Email: denniseborka@gmail.com

Telephone: 7345061340

Dated Feb 9, 2024



** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 10, 2024 at 11:14:23 AM PST | FaxZero.com | 112 | 4 | Received |

8:24-cv-00052-JFB-PRSE   Doc # 1   Filed: 02/12/24   Page 4 of 4 - Page ID # 4

10-Feb-2024 19:12     From Dennis Eborka. Phone #8103219683          FaxZero.com          p.1

## Recipient Information

**To:** District Court lincoln
**Fax #:** 14024371911

## Sender Information

**From: Dennis Eborka**
Email address: denniseborka@gmail.com (from 2607:fb90:d397:4c0:9924:bc08:be68:1f7b)
Phone #: 8103219683
Sent on: Saturday, February 10 2024 at 2:11 PM EST

faxZERO.com
*send a fax for free*

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #34176402. We will add your fax number to the block list.