IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENNIS EBORKA,<br><br>   Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF NEBRASKA-LINCOLN,<br><br>   Defendant. | 8:24CV52<br><br>MEMORANDUM AND ORDER |

On February 16, 2024, Plaintiff Dennis Eborka faxed to the Clerk's office of this Court the document attached to this order. The document consists of a Form AO 240 Application to Proceed in District Court Without Prepaying Fees or Costs, otherwise known as a motion to proceed in forma pauperis ("IFP"). Though Plaintiff signed the form IFP motion, Plaintiff failed to fill out the form completely as Plaintiff only responded to paragraphs 2 and 4 of the form. Plaintiff's submission of the form via fax also directly contravenes the Court's two previous orders informing Plaintiff that he may not submit documents for filing in this case via fax. Filing No. 4; Filing No. 5. Accordingly, the Court will return the attached document to Plaintiff in accordance with the Court's February 14, 2024, and February 16, 2024, orders, Filing No. 4; Filing No. 5.

Again, the Court warns Plaintiff that the Court will not accept any future faxed documents he submits for filing in this case or otherwise.

IT IS THEREFORE ORDERED that:

1.   The Clerk of the Court return the attached document to Plaintiff Dennis Eborka.

2

2. Plaintiff is advised that he has until **March 15, 2024**, to either submit the $405.00 fees to the Clerk's office or submit a request to proceed in forma pauperis. If Plaintiff chooses to submit a request to proceed IFP using the Form AO240 previously sent to him, then Plaintiff must fill out the form completely, providing all information requested.

Dated this 20th day of February, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge