IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENNIS EBORKA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF NEBRASKA-LINCOLN,<br><br>　　　　　　　Defendant. | 8:24CV52<br><br>MEMORANDUM AND ORDER |

　　　　This matter is before the Court on its own motion.  On March 8 and March 18, 2024, the Clerk of the Court sent orders to Plaintiff at his last known address in another of his pending cases, 8:24CV53, and they were returned to this Court as undeliverable.  *See* Filing Nos. 17 & 18, Case No. 8:24CV53.  Plaintiff has an obligation to keep the Court informed of his current address at all times.  *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days).  This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.  If Plaintiff's address has not changed, *see* Filing No. 17 (supplement received from Plaintiff on March 27, 2024, listing same address Court has on file), then he should inform the Court of that fact.

　　　　IT IS THEREFORE ORDERED that:

　　　　1.　　Plaintiff must update his address within 30 days.  Failure to do so will result in dismissal of this action without further notice to Plaintiff.

　　　　2.　　The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **May 3, 2024**: check for address.

2

Dated this 3rd day of April, 2024.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Judge