IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENNIS EBORKA,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF NEBRASKA-LINCOLN,<br><br>    Defendant. | 8:24CV52<br><br>**MEMORANDUM AND ORDER** |

    This closed case is before the Court on what Plaintiff Dennis Eborka filed as a "Supplemental Motion for an Order Affirming the Commissioner's Decision" (the "Motion") on March 30, 2025. Filing No. 31. However, Plaintiff's Motion does not seek an order affirming any decision but rather appears to be a new civil rights complaint against a defendant named Jaci Gustafson, along with Plaintiff's request to proceed in forma pauperis. *See Id*. The Court dismissed Plaintiff's original complaint and supplements against the named defendant, the University of Nebraska-Lincoln, on May 9, 2024, for failure to state a claim for relief and for lack of subject matter jurisdiction. Filing No. 28. As this matter is closed and Plaintiff's present Motion appears to have been improperly filed in this case,

    IT IS ORDERED that:

    1.  Plaintiff's Motion, Filing No. 31, is denied. If Plaintiff wishes to file a new civil action, then he must file a complaint in a separate case and not in this closed case.

    2.  Plaintiff should refrain from filing any more materials in this closed case.

2

Dated this 31st day of March, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge